UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVORIS K SIMMONS,
    Plaintiff,

vs.                                            Case No.:  3:23cv20567/LAC/ZCB

WARDEN KOLODZIEJ, et al.,
    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on December 22, 2023.  (Doc. 17).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this order.

    2.    The failure to supervise and supervisory liability claims against Defendant FDOC Secretary Dixon, and the claims for injunctive relief against all

Defendants, are **DISMISSED** for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. This case is recommitted to the magistrate judge for further proceedings on the remaining claims against the remaining Defendants.

**DONE AND ORDERED** this 31st day of January, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**