UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVORIS K. SIMMONS,
    Plaintiff,

vs.                                      Case No.:  3:23cv20567/LC/ZCB

WARDEN KOLODZIEJ, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 21, 2024.  (Doc. 70).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 70) is adopted and incorporated by reference in this order.

2. The motion to dismiss (Doc. 62) is **GRANTED**, and this case is **DISMISSED without prejudice as to all Defendants** as a malicious abuse of the judicial process under 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1).

3. All other pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 8th day of November, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**